# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Ilya Nikonov,

        Petitioner,

v.

David R Rivas, et al.,

        Respondents.

No. CV-26-01741-PHX-AMM (MTM)

**ORDER**

Petitioner Ilya Nikonov filed a Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 challenging his immigration detention, arguing his prolonged detention violates his due process rights. (Doc. 1.) The Court directed Respondents to respond to the Petition. (Doc. 3.)  Respondents' response states "Respondents do not oppose Petitioner's request for release at this time." (Doc. 11.) The Court will grant Petitioner's due process claim and will deny any remaining claims as moot.

Accordingly,

**IT IS ORDERED:**

1. Petitioner's Petition for Writ of Habeas Corpus is **GRANTED** as to his due process claim and is otherwise denied as moot. (Doc. 1.)

2. Respondents must immediately release Petitioner from custody under the same conditions that existed before Petitioner's detention.

///

///

3.  Respondents must provide a notice of compliance within three days of releasing Petitioner.

4.  Any pending motions are denied as moot, and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 10th day of April, 2026.

_____
Honorable Angela M. Martinez
United States District Judge